UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Northumberland County Pension Fund, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM F. BORNE, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, DONALD A. WASHBURN, DALE E. REDMAN, JEFFREY D. JETER, MICHAEL O. FLEMING, GREGORY H. BROWNE, JOHN F. GIBLIN, <br><br> Defendants, <br><br> - and - <br><br> AMEDISYS, INC., <br><br> Nominal Defendant. | Civil Action No. <br><br> 3:10-cv-00480-JJB-DLD <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COLLATERAL PROCEEDING

Pursuant to Local Rule 3.1, please take notice that plaintiff herein gives notice of the following collateral proceedings:

**Class Actions: The following three cases set forth immediately below are shareholder suits filed against Amedisys, Inc. ("Amedisys") and certain members of its senior management alleging violations of the federal securities laws. The Class Actions and Derivative Actions are based on many of the same facts and are related cases.**

1

*Bach, et al. v. Amedisys, Inc., et al.*, No. 3:10-cv-00395-BAJ-CN (M.D. La.)

*Isman v. Amedisys, Inc., et al.*, No. 3:10-cv-00464-BAJ-DLD (M.D. La.)

*Dvinsky v. Amedisys, Inc., et al.*, No. 3:10-cv-00470-JJB-CN (M.D. La.)

**Derivative Actions: The following three cases set forth immediately below are shareholder derivative actions alleging that the board of directors of Amedisys breached their fiduciary duties under state law. The Class Actions and the Derivative Actions allege many of the same facts and are related cases.**

*Himmel v. Borne, et al.*, No. 3:10-cv-00441-RET-SCR (M.D. La.)

*Wendland v. Borne, et al.,* No. 3:10-cv-00468-BAJ-DLD (M.D. La.)

*Northumberland County Pension Fund v. Borne et al*, No. 3:10-cv-00480-JJB-DLD (M.D. La.)

Dated: July 25, 2010

_____
Robert Arceneaux, Bar No. 01199
Robert E. Arceneaux, LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax

ATTORNEY FOR NORTHUMBERLAND
COUNTY PENSION BOARD

2

OF COUNSEL:

COHEN, PLACITELLA & ROTH, P.C.
Stewart L. Cohen
Stuart J. Guber
Jillian A.S. Roman
2900 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
(215) 567-3500 office


RIGRODSKY & LONG, P.A.
Seth D. Rigrodsky
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310 office

# CERTIFICATE OF SERVICE

I certify that on July 25, 2010, a copy of the foregoing Notice of Collateral Proceeding was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to the filing, either by this Court's system, or by the undersigned to those persons not yet enrolled as counsel of record:

**MICHAEL E. PONDER**  judgeponder@gmail.com

**RICHARD FRANKLIN ZIMMERMAN, JR.**  richard@kswb.com

**RICHARD J. ARSENAULT**  rarsenault@nbalawfirm.com

*CHARLES MICHAEL BOLLINGER*  mbollinger@nbalawfirm.com

**PAUL S. BALANON**  paul.balanon@ksfcounsel.com

**LEWIS STEPHEN KAHN**  lewis.kahn@ksfcounsel.com

**ANDREW ALLEN LEMMON**  andrew@lemmonlawfirm.com

**IRMA L. NETTING**  irma@lemmonlawfirm.com

**WILLIAM C. WRIGHT**  wwright@leopoldkuvin.com

**CHARLES W. BRANHAM, III**  tbranham@goldfarbbranham.com

**HAMILTON LINDLEY**  hlindley@goldfarbbranham.com

**MICHAEL E. SMITH**  mrsmith@kslaw.com

**DAVID E. MEADOW**S  demeadows@kslaw.com

**BRIAN J. ROBBINS**  brobbins@robbinsumeda.com

**KEVIN A. SEELY**  kseely@robbinsumeda.com

**JAY N. RAZZOUK**  jrazzouk@robbinsumeda.com

**MARC I. GROSS**  migross@pomlaw.com

**JEREMY A. LIEBERMAN**  jalieberman@pomlaw.com

4

I also certify that there are no non-CM/ECF participants that would require a first-class mailing of the foregoing document and notice of electronic filing.

*Robert E. Arceneaux*

_____
Robert Arceneaux, Bar No. 01199
Robert E. Arceneaux, LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax

Pascal F. Calogero, Jr., Bar # 3082
1500 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
(504) 582-2300 office
(504) 582-2310 fax

OF COUNSEL:

COHEN, PLACITELLA & ROTH, P.C.
Stewart L. Cohen
Stuart J. Guber
Jillian A.S. Roman
2900 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
(215) 567-3500 office

RIGRODSKY & LONG, P.A.
Seth D. Rigrodsky
919 North Market Street, Suite 980
Wilmington, DE 19801